**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG**

**BRUCE DILLARD,**

        **Petitioner,**

**v.**                                            **CIVIL ACTION NO.: 3:18-CV-9
(GROH)**

**WARDEN, FCI GILMER,**

        **Respondent.**

**ORDER DISMISSING CASE**

On January 16, 2018, the *pro se* Petitioner, Bruce Dillard, filed a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241. ECF No. 1. On that same date, Petitioner filed a Motion for Leave to Proceed *in forma pauperis*. ECF No. 2. On January 17, 2018, the Clerk of Court issued a Notice of Deficient Pleading and Intent to Dismiss to the Petitioner, advising that the instant action would be dismissed after thirty days, because he had not complied with the Local Rules of Prisoner Litigation, which require that all initiating documents be on court-approved forms. ECF No. 3. The notice further informed the Petitioner that if he wished to pursue his complaint, he would be required to re-file it on the court-approved form, which was provided to him with the notice. The notice was sent to the Petitioner via certified mail, return receipt requested, at his last known address as reflected on the docket.

On February 2, 2018, Petitioner re-filed his petition, as directed, in an action docketed as 2:18-CV-15. Accordingly, it is hereby **ORDERED** that this action be **DISMISSED**. It is further **ORDERED** that Petitioner's motion to proceed in forma pauperis

[ECF No. 2] be denied as **MOOT**.

The Clerk is **DIRECTED** to mail a copy of this Order to the Petitioner by certified mail, return receipt requested, to his last known address as reflected on the docket sheet.

**DATED**: February 8, 2018

GINA M. GROH
CHIEF UNITED STATES DISTRICT JUDGE